EASTERN DIS.
*March*, 1833.

ADAMS
*vs.*
RYDER.

---

## ADAMS *vs.* RYDER.

### APPEAL FROM THE COURT OF THE FIRST DISTRICT.

A motion for a new trial was properly overruled, where the cause had been fixed on the trial docket by order of an attorney not of record, to the knowledge before the trial of the party making the motion.

EASTERN DIS.
March, 1833.
═══════════
ADAMS
vs.
RYDER.

The facts of the case are stated in the opinion of the court delivered by MARTIN, J.

This is an action for the rescission of the sale of a slave, attacked with the scrofula; the general issue was pleaded, the facts alleged in the petition were proved, and a physician testified that the disease was, in the opinion of medical men, an incurable one.

There was judgment for the price, with interest from the date of the judgment till paid, and damages to the amount of one hundred and twenty-five dollars. The defendant appealed, after an unsuccessful attempt to obtain a new trial.

The new trial was asked on the ground of the judgment being contrary to law and evidence; the cause was fixed for trial by an attorney not of record; the case was tried *ex parte.* The defendant failed in getting witnesses, notwithstanding he used due diligence.

A motion for a new trial was properly overruled, where the cause had been fixed on the trial docket by order of an attorney not of record, to the knowledge before the trial of the party making the motion.

The first ground was properly overruled. It is not known that the attorney who had the cause set for trial, had not authority from the defendant, who admitted that he had knowledge of the case being fixed for trial, and ought to have attended and moved for a continuance.

On the merits, it has not oppeared to us that the evidence does not justify the amount of damages allowed; no specific sum was prayed for as damages, and the only evidence respecting them is, that the plaintiff paid wages for a woman whom he hired to do the work the slave purchased was to have done. The latter was sent soon after the purchase to the defendant who has kept her since. He was then *in mora* as to the reimbursement of the price, and damages ought not in our opinion to have exceeded the legal rate of interest.

It is, therefore, ordered, adjudged and decreed, that the judgment be annulled, avoided and reversed, and that the plaintiff recover from the defendant the sum of six hundred dollars, with legal interest thereon, from December 28,

1831, until paid, with costs in the District Court, and that they pay costs in this court.

*Mercier*, for appellant.

*Rogers* and *L. C. Duncan*, for appellee.